# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Harrisonburg Division

| | |
|---|---|
| **JESSIE LEE SHIFFLETT**<br><br>*Plaintiff*<br><br>v.<br><br>**STEPHANE ROUTHIER**<br><br>-and-<br><br>**COUTURE EXPRESSWAY**<br><br>*Defendants* | Case No. 5:23-cv-00046-EKD |

## JOINT MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE

Paragraph 1 of the Court's Amended Pretrial Scheduling Order states: "The parties are encouraged to engage in settlement discussions. Upon motion of any party, the court may refer the case to a magistrate judge to conduct mediation." ECF No. 38 at 2. Plaintiff and Defendants request that the Court refer the case to a magistrate judge to conduct mediation in Harrisonburg to be scheduled according to the magistrate judge's and the parties' availability, which the parties expect will be some time after the hearing currently scheduled for February 12, 2025 on the parties' pending motions, and well before the scheduled trial dates of July 22-24, 2025.

DATED: January 17, 2025                    Respectfully submitted,

                                           **COUTURE EXPRESSWAY and**
                                           **STEPHANE ROUTHIER**

                                           By Counsel

                                           */s/ Roman Lifson*
                                           Roman Lifson (VSB No. 43714)
                                           David B. Lacy (VSB No. 71177)
                                           Harley J. McClellan (VSB No. 98295)

                                                Christian & Barton, L.L.P.
                                                901 East Cary Street, Suite 1800
                                                Richmond, Virginia 23219
                                                Tel.:    (804) 697-4164
                                                Fax:    (804) 697-6112
                                                rlifson@cblaw.com
                                                dlacy@cblaw.com
                                                hmcclellan@cblaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2025, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                */s/ Roman Lifson*

4866-8489-1647